■ In the Matter of JAMES L. LACK et al., Appellants, v WILLIAM J. CANARY et al., Respondents, and THOMAS J. DOWNEY et al., Intervenors-Respondents.—Ordered that the judg-

ment of the Supreme Court, Suffolk County (Doyle, J.), dated September 16, 1986, is affirmed insofar as appealed from, without costs or disbursements. *(See, Matter of LaValle v Canary,* 123 AD2d 730.) Thompson, J. P., Bracken, Lawrence and Eiber, JJ., concur.